Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin M. Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Matthew Smith

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Matthew Smith,<br><br>　　　　Defendant. | Case No. 2:20-mj-00123-DJA<br><br>**Unopposed motion for preparation of pre-plea presentence investigation report** |

Matthew Smith is charged with being a felon in possession of a firearm. Smith has some older criminal history out of California for which his release dates are unclear. Because of the age of these convictions, they may or may not count for criminal-history points depending on Smith's release date. Undersigned has communicated with Assistant United States Attorney Travis Leverett, and he does not object to Smith's request for a pre-plea PSR. Smith therefore respectfully requests that this Court enter an order directing the United States Probation Office to prepare a pre-plea presentence investigation report to determine Smith's criminal history.

DATED: March 23, 2020.

                                          Rene L. Valladares
                                          Federal Public Defender

                          By:  */s/ Erin Gettel*
                                          Erin Gettel
                                          Assistant Federal Public Defender
                                          Attorney for Matthew Smith

## **ORDER**

The Court having found good cause therein,
IT IS HEREBY ORDERED that United States Probation prepare a pre-plea presentence investigation report.

DATED: March 26, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 23, 2020, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR PREPARATION OF PRE-PLEA PRESENTENCE INVESTIGATION REPORT** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
TRAVIS LEVERETT
Assistant United States Attorney
501 S. Las Vegas Blvd.
Ste. 1100
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender

3