Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin M. Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Matthew Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| United States of America, | ORDER |
|---|---|
| Plaintiff, | Case No. 2:20-mj-00123-DJA |
| v. | **Third stipulation to continue preliminary hearing** |
| Matthew Smith, | |
| Defendant. | |

The parties jointly request that this Court vacate the preliminary hearing scheduled for June 4, 2020, and continue it for at least 30 days because:

1. The government has extended a written plea offer to Mr. Smith and additional time is needed so that the signature process can be completed via mail because defense counsel cannot meet Mr. Smith in person.

2. Denial of this continuance would prejudice the defense and the government and would unnecessarily consume this Court's valuable resources.

3. Mr. Smith is in custody and agrees to the continuance.

4. Mr. Smith also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161(h)(7)(A), when considering the factors under 18 U.S.C. § 3161(h)(7)(B).

DATED: June 2, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Travis Leverett*<br>By_____<br>Travis Leverett<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Matthew Smith,<br><br>　　　　Defendant. | Case No. 2:20-mj-00123-DJA<br><br>**Order granting third stipulation to continue preliminary hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the preliminary hearing currently scheduled for June 4, 2020 for at least 30 days. The additional time is to allow Mr. Smith to return a signed plea agreement to the government and not for purposes of delay. Mr. Smith is in custody and agrees to the continuance, and he consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161. Accordingly,

IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for June 4, 2020, at 4:00 p.m. is VACATED and RESET to July 6, 2020 at 4:00 pm in Courtroom 3A.

DATED this 3rd day of June, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

3