NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6522 / Fax: (702) 388-5087
Travis.leverett@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW SMITH,<br><br>Defendant. | Case No. 2:20-mj-00123-DJA<br><br>**FOURTH STIPULATION TO CONTINUE PRELIMINARY HEARING** |

The parties jointly request that this Court vacate the preliminary hearing scheduled for July 6, 2020, and continue it until at least September 4, 2020 because:

1. Mr. Smith has signed a plea agreement and waiver of indictment. A change of plea hearing has been set for August 28, 2020 before Judge James C. Mahan.

2. Denial of this continuance would prejudice the defense and the government and would unnecessarily consume this Court's valuable resources.

3. Mr. Smith is in custody and agrees to the continuance.

4. Mr. Smith also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C.

§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. § 3161(h)(7)(B).

DATED: July 1, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By  /s/ Travis Leverett
────────────────────────
Travis Leverett
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

By  /s/ Erin Gettel
────────────────────────
Erin Gettel
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MATTHEW SMITH,<br><br>        Defendant. | Case No. 2:20-mj-00123-DJA<br><br>**ORDER GRANTING FOURTH STIPULATION TO CONTINUE PRELIMINARY HEARING** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the preliminary hearing currently scheduled for July 6, 2020. The additional time is to accommodate the change of plea and waiver of indictment hearing that is currently set for August 28, 2020 before Judge James C. Mahan and not for purposes of delay. Mr. Smith is in custody and agrees to the continuance, and he consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161. Accordingly,

IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for July 6, 2020, 2020, at 4:00 p.m. is VACATED and RESET to September 18, 2020 at 4:00 p.m.

DATED this 2nd day of July, 2020.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE