NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6522 / Fax: (702) 388-5087
Travis.leverett@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW SMITH,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00123-DJA<br><br>**ORDER**<br>**FIFTH STIPULATION TO CONTINUE PRELIMINARY HEARING** |

　　　　The parties jointly request that this Court vacate the preliminary hearing scheduled for September 18, 2020, and continue it until at least October 16, 2020 because:

　　　　1.　　Mr. Smith has signed a plea agreement and waiver of indictment. A change of plea hearing was rescheduled from August 28, 2020 to October 9, 2020 before Judge James C. Mahan due to a power outage at the Lloyd D. George Courthouse.

　　　　2.　　Denial of this continuance would prejudice the defense and the government and would unnecessarily consume this Court's valuable resources.

　　　　3.　　Mr. Smith is in custody and agrees to the continuance.

　　　　4.　　Mr. Smith also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within

which an indictment must be filed under 18 U.S.C. § 3161(h)(7)(A), when considering the factors under 18 U.S.C. § 3161(h)(7)(B).

DATED: September 14, 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |
| | |
| /s/ Erin Gettel | /s/ Travis Leverett |
| By_____ | By_____ |
| Erin Gettel | Travis Leverett |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>MATTHEW SMITH,<br><br>      Defendant. | Case No. 2:20-mj-00123-DJA<br><br>**ORDER GRANTING FIFTH STIPULATION TO CONTINUE PRELIMINARY HEARING** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the preliminary hearing currently scheduled for September 18, 2020. The additional time is to accommodate the change of plea and waiver of indictment hearing that is currently set for October 9, 2020 before Judge James C. Mahan and not for purposes of delay. Mr. Smith is in custody and agrees to the continuance, and he consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161. Accordingly,

IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for September 18, 2020, is VACATED and RESET to October 13, 2020, at 4:00 p.m..

DATED this 14th day of September, 2020.

_____
HONORABLE DANIEL J. ALBREGTS
U.S. Magistrate Judge