1 Rene L. Valladares
Federal Public Defender
2 Nevada State Bar No. 11479
Erin M. Gettel
3 Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
4 Las Vegas, Nevada 89101
(702) 388-6577
5 Erin_Gettel@fd.org

6 Attorney for Matthew Smith

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-mj-00123-DJA |
| Plaintiff, | ORDER ~~Stipulation~~ **to continue preliminary hearing** |
| v. | |
| Matthew Smith, | |
| Defendant. | |

The parties jointly request that this Court vacate the preliminary hearing scheduled for October 13, 2020, and continue it for at least 60 days because:

1. The change of plea in this case is currently scheduled for October 9, 2020. However, the parties are requesting a continuance of that date due to Smith's illness with COVID-19.

2. This continuance is necessary to allow the change of plea to be rescheduled.

3. Denial of this continuance would prejudice the defense and the government and would unnecessarily consume this Court's valuable resources.

4. Mr. Smith is in custody and agrees to the continuance.

5. Mr. Smith also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161.

DATED: October 8, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Travis Leverett*<br>By_____<br>Travis Leverett<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Matthew Smith,<br><br>    Defendant. | Case No. 2:20-mj-00123-DJA<br><br>**Order granting sixth stipulation to continue preliminary hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the preliminary hearing currently scheduled for October 13, 2020, for at least 60 days. The additional time is to allow the change of plea to be rescheduled and not for purposes of delay. Mr. Smith is in custody and agrees to the continuance, and he consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161. Accordingly,

IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for October 13, 2020, at 4:00 p.m. is VACATED and RESET to December 14, 2020, at 4:00 p.m. Courtroom 4A.

DATED this 9th day of October, 2020.



Daniel J. Albregts
United States Magistrate Judge

3